ACCEPTED
01-15-00177-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/28/2015 2:02:44 PM
CHRISTOPHER PRINE
CLERK

Number 01-15-00177-CR
in the
Court of Appeals
for the
First District of Texas
at Houston, Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

9/28/2015 2:02:44 PM

CHRISTOPHER A. PRINE
Clerk

Number 1369135
In the 208th District Court
of Harris County, Texas

Nathaniel Ambrose Petty
*Appellant*
V.
The State of Texas
*Appellee*

# Motion to Extend Time to File Original Brief

Appointed Counsel :
Ellis McCullough
TBN 13501000
4008 Louetta Road #365
Spring, Texas 77388
(281)433-9240

Comes now Ellis McCullough, Counsel for Appellant and moves to extend time to file Appellant's original brief and would show:

1. Counsel was informed by an attorney whose name is forgotten that he was hired to prepare Appellant's original brief. Either Counsel's memory is defective or said attorney did not follow through on his decoration.

2. Counsel has three trials set in the next four weeks. Counsel requests an extension of time to prepare Appellant's brief of forty five days.

Wherefore, counsel requests an extension of time to prepare Appellant's brief of forty five days.

Respectfully Submitted,

  /s/Ellis McCullough
 Ellis McCullough
 TBN 13501000
 4008 Louetta Road, #365
 Spring, Texas 77388
 (281)433-9240

## Certificate of Service

I, the undersigned attorney, do hereby certify that a true copy of the attached instrument has been delivered to all parties as required by law on September 28, 2015.

/s/Ellis McCullough

Ellis McCullough

3